JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JIBIN GAO, individual, | Case No.: 8:19-cv-02005-JLS-DFM |
| Plaintiff, | **ORDER RE. JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE** |
| vs. | |
| JAGUAR LAND ROVER NORTH AMERICA, LLC, and DOES 1 through 10, inclusive, | |
| Defendants. | |

Based on the stipulation of the parties and good cause appearing therefor, it is hereby ordered that the stipulation is approved. The entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice.

Dated: 05/26/2020

_____
JOSEPHINE L. STATON
Hon. Josephine L. Staton
Judge, United States District Court

ORDER